**Order filed August 23, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00640-CV

_____

### DAVID LEE STUDER, P.E., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-19260**

## ORDER

The clerk's record in this appeal was filed August 10, 2018. The record contains no written order granting summary judgment. In response to this court's dismissal letter, appellant contends the summary judgment was granted orally.

No reporter's record has been filed in this case. Without a reporter's record the court cannot determine whether the summary judgment was granted orally. The official court reporter for the 165th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On August 15,

2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM